THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ZICRON LORENZEN WRIGHT, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:15-cv-443 (CAR) (CHW) |
| v. | : | |
| | : | |
| COLLIS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

ORDER ON RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Order and Recommendation of the United States Magistrate Judge to dismiss without prejudice Plaintiff's claims against Defendants Epps and the unnamed prison warden and allow his claims against Defendants Collis and Young to proceed for further factual development. Plaintiff has not filed an objection to the Recommendation. This Court agrees with the findings and conclusions of the Recommendation. Thus, the Recommendation [Doc. 13] is **ADOPTED AND MADE THE ORDER OF THE COURT**. Plaintiff's claims against Defendants Epps and the unnamed prison warden are hereby **DISMISSED without prejudice**. Plaintiff's Complaint as to claims against Defendants Collis and Young may proceed for further factual development.

SO ORDERED, this 27th day of April, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH